In re: Melvin Milivoj Marin, Jr.　　　　　　Case No. 26-20540

Debtor.　　　　　　　　　　　　　　　　　Chapter 13

## DEBTOR'S NOTICE OF APPEAL
## AGAINST RULINGS OF FEBRUARY 25, 2026 AND PRIOR DENIALS

I am the debtor and I appeal against all the decisions of about February 25, 2026 and against all prior denials of my motions, and the order to pay filing fees by March 4.

Because no one filed an opposition to my motions there are no opposing parties to the appeal.

The parties who could have opposed and did not and, therefore, waived opposition forever, include the Chapter 13 Trustee, James Bond and The Department of Veterans' Affairs through the state Attorney General, Kontessa Blaylock, the CVI, and the LSS.

The bases include but are not limited to, (1) the court clearly erred ruling there were two prior dismissals, (2) because the court failed to give reasons why it ruled there were two prior dismissals and why the bankruptcy stay did not continue on debtor's bankruptcy possessory estate whether or not it continued for the debtor's personal capacity, and why the contempt motion for damages was not considered at all, the denial violated due process, (3) because all parties waived objections to debtor's service errors and to his motions, the court denied due process and equal protection and violated judicial canons of impartiality by raising personal defenses of service for parties that did not raise them and ruling on them in favor of those parties who did not seek that relief.

DATED: March 10, 2026　　　　　　　　　　_/s/ Mel M/_
　　　　　　　　　　　　　　　　　　　　Melvin Milivoj Marin, Jr.